COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Artis Charles Harrell v. Jerome Godinich, Jr.

Appellate case number:     01-16-00338-CV

Trial court case number:    2014-63129

Trial court:                      190th District Court of Harris County

Appellant, Artis Charles Harrell, has filed a motion requesting this Court to order the district court clerk to supplement the clerk's record filed in this appeal and order the district court clerk to forward the supplemental clerk's record to appellant. We dismiss the motion in part and grant the motion in part.

Appellant has requested the district court clerk to prepare and file a supplemental clerk's record. *See* TEX. R. APP. P. 34.5(c)( (1) ("If a relevant item has been omitted from the clerk's record . . . any party may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplement containing the omitted item."). On November 3, 2016, the district clerk filed a supplemental clerk's record with this Court. Accordingly, we **dismiss as moot** appellant's request for an order directing the district court clerk to prepare and file a supplemental clerk's record.

We **grant** appellant's request for an order directing the district court clerk to forward a copy of the supplemental clerk's record to him. The district court clerk is directed to send a copy of any supplemental clerk's record filed with this Court to appellant at the address provided in his motion:

Artis Charles Harrell
TDC# 1334295
W.G. McConnell Unit
3001 S. Emily Dr.
Beeville, Texas 78102.

We further direct the district court clerk to notify the Clerk of this Court the date on which delivery to appellant was made.

It is so ORDERED.

Judge's signature:  /s/ Terry Jennings
                             ☒ Acting individually

Date:  November 8, 2016